### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRYAN KIRKLAND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v. ) | **2:22-cv-01249-JHE** |
| ) | |
| **SIOUX FALLS COLLEGIATE** ) | |
| **PARTNERS, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

COME NOW, Defendant and Plaintiff by and through the undersigned counsel and request that this Court dismiss with prejudice the above-styled cause with each party to bear their own attorneys' fees, costs and expenses.

On this the 26th day of April, 2023.

| | |
|---|---|
| *s/ Julie McCollister* | *s/ Whitney R. Brown* |
| Julie McCollister | Whitney R. Brown ASB-4431-H71B |
| ASB-3378-E40M | Lehr Middlebrooks |
| McCollister Law, LLC | Vreeland & Thompson, P.C. |
| P. O. Box 2525 | P.O. Box 11945 |
| Blairsville, GA 30514 | Birmingham, Alabama 35202-1945 |
| (706) 745-0057 | (205) 326-3002 |
| Email:    jbmcollister@gmail.com | Email: wbrown@lehrmiddlebrooks.com |
| **Counsel for Plaintiff** | **Counsel for Defendant** |

765508.docx